

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2016

No. 04-16-00580-CR

**IN RE** Andrew **CLEWIS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Relator filed this petition for writ of mandamus on September 13, 2016 complaining the trial court had failed to rule on a motion requesting clarification of findings of fact related to his judgment and sentence. Because the trial court has ruled on the motion, Relator's petition for writ of mandamus has been rendered moot. Accordingly, this original mandamus proceeding is DISMISSED AS MOOT.

It is so **ORDERED** on September 29, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2005CR9206C, styled *State of Texas v. Andre Clewis*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.